UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

MICHAEL SINGLETON,  ) ED CV 07-1384-PA (SH)
) JUDGMENT
        Petitioner, )
v. )
)
P. VASQUEZ, )
)
        Respondent. )

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: February 6, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1